**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MISSOURI

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Western Robidoux, Inc. | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 43-1160171 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 4006 South 40th Street Saint Joseph, MO 64503 Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Buchanan County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    Western Robidoux, Inc.                                              Case number (*if known*) _____
          _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| _____ | | _____ |

| District | When | Case number, if known |
|---|---|---|
| _____ | _____ | _____ |

Debtor    Western Robidoux, Inc.

_____
Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**◼ Statistical and administrative information**

**13. Debtor's estimation of available funds**     .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Western Robidoux, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     October 18, 2019
                MM / DD / YYYY

**X** /s/ Connie S. Burri
Signature of authorized representative of debtor

Connie S. Burri
Printed name

Title     President

---

**18. Signature of attorney**

**X** /s/ Victor F Weber                                    Date   October 18, 2019
Signature of attorney for debtor                                   MM / DD / YYYY

Victor F Weber 57361
Printed name

Merrick, Baker & Strauss, P.C.
Firm name

1044 Main Street, Suite 500
Kansas City, MO 64105
Number, Street, City, State & ZIP Code

Contact phone   816/221-8855          Email address   bruces@merrickbakerstrauss.com

57361 MO
Bar number and State

Ace Delivery
3406 W. Colony Square
Saint Joseph MO 64506

Acetga
26537 Network Place
Chicago IL 60673-1265

Action Electric Corp.
923 S. 9th Street
Saint Joseph MO 64503

Air Filter Plus
1205 Cardinal Drive
Eudora KS 66025

Airway Furnance Company
2301 Frederick Avenue
Saint Joseph MO 64506

Allied Lithographing, Inc.
2199 E. 9th
Kansas City MO 64124

Americal
6620 F. Street
Omaha NE 68117

American Express
P.O. Box 650448
Dallas TX 75265

AmeriPride Linen
P.O. Box 1010
Bemidji MN 56619-1010

Aspire B.V.
WG-plein 400 1054HS
Amsterdam,The Netherlands

AT & T
P.O. Box 5001
Carol Stream IL 60197-5001

AT & T 3
P.O. Box 5019
Carol Stream IL 60197-5019


AT & T Mobility
P.O. Box 6463
Carol Stream IL 60197-6463


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001


Blue Cross Blue Shield
P.O. Box 419169
Kansas City MO 64179


Boehringer Ingelheim Vetmedica, Inc.
RA CT Corporation System
120 South Central Avenue
Saint Louis MO 63105


Boehringer Ingelheim, Inc.
P.O. Box 5849
Carol Stream IL 60197-5849


Bolin Hydraulic, Inc.
802 S. 9th
Saint Joseph MO 64501


Bonnett's Trailer Sales
P.O. Box 105
Stewartsville MO 64490


Bottcher
P.O. Box 644956
Pittsburgh PA 15264-4956


Breht Burri
2107 Grand Boulevard
Suite 208
Kansas City MO 64108

Brian Burri
4006 S 40th Street
Saint Joseph MO 64503


Buchanan County Courthouse
Circuit Clerk's Office
411 Jules Street
Saint Joseph MO 64501


Bud Sewer Service
906 Monterey
Saint Joseph MO 64503


Burdiss
3439 Merriam Dr.
Shawnee KS 66203-1375


Burri Properties, LLC
4006 S. 40th Street
Saint Joseph MO 64503


Calibrated Forms Co., Inc.
P.O. Box 841741
Dallas TX 75284-1741


Cardmember Service
P.O. Box 790408
Saint Louis MO 63179-0408


Ceva Animal Health, LLC
8735 Rosehill Road - Suite 300
Lenexa KS 66215


Ceva Animal Health, LLC
RA CT Corporation System
120 South Central Avenue
Saint Louis MO 63105


Cindy Burri
4006 S 40th Street
Saint Joseph MO 64503


City of St. Joseph - 6
1100 Frederick - Rm 101A
Saint Joseph MO 64501

Clayton Paper
P.O. Box 431419
Minneapolis MN 55443


Connie S. Burri
4006 S 40th Street
Saint Joseph MO 64503


Continental Western Group
P.O. Box 14558
Des Moines IA 50306-3558


Custom Waterworks
1611 Nebraska St.
Mound City MO 64470


Dave's Diesel Service, Inc.
4702 South 169 Hwy.
Saint Joseph MO 64507


Davis & Pierce Die Service, Inc.
6602A Royal Street
Liberty MO 64068


Department of Public Safety
P.O. Box 142
Jefferson City MO 65102


Department of Revenue
P.O. Box 3800
Jefferson City MO 65102


E & T Plastics of Missouri, LLC
45-45 37th Street
Long Island City NY 11101


Economy Express Trucking
2415 South 9th Street
Saint Joseph MO 64503


EFI - Electronics for Imaging
P.O. Box 742366
Los Angeles CA 90074-2366

Engage Mobile Solutions
118 N. Conistor, Ste B 172
Liberty MO 64068


Engage Mobile Solutions, LLC
RA Darris Clawson
118 N Conistor Ln
Suite B172
Liberty MO 64068


Express Service, Inc.
P.O. Box 203901
Dallas TX 75320-3901


Fairway Lawn Care
6309 Oakridge Ct.
Saint Joseph MO 64505


Federal Express
P.O. Box 94515
Palatine IL 60095-4515


Federal Express Freight
PO Box 10306
Palatine IL 60055


Fellers
P.O. Box 875540
Kansas City MO 64187-5540


FujiFilm
Dept CH 10764
Palatine IL 60055-0764


Gary Barnes, Esq.
4801 Main Street
Suite 1000
Kansas City MO 64112


German May, PC
1201 Walnut, Suite 2000
Kansas City MO 64106

Goodman Gravley Insurance Source
14812 West 117th Street
Olathe KS 66062


GPA Specialty Substrate Solutions
3906 Solutions Center
Chicago IL 60677-3009


Grainger
Dept. 8611347881
P.O. Box  419267
Kansas City MO 64141-6276


GRI
1911 Vernon
Kansas City MO 64116-4432


Grimco
29538 Network Place
Chicago IL 60673-1295


Halo Branded Solutions
3182 Momentum Place
Chicago IL 60689-0136


Heidelberg
P.O. Box 5160
Carol Stream IL 60197


Heritage-Crystal Clean, LlC
13621 Collections Center Drive
Chicago IL 60696-0136


Hewlett Packard Co. (Indigo America)
P.O. Box 415573
Boston MA 02241-5573


Iceco Leasing Co.
1716 Commercial St.
Saint Joseph MO 64503


Infodeli, LLC
RA Breht C. Burri
2107 Grand Blvd. Suite 208
Kansas City MO 64108

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346


Intuit
P.O. Box 2981
Phoenix AZ 85062-2981


JB Letterpress and Finishing
1527 Atlantic Street
Kansas City MO 64116


Joseph Keneth Eischens
8013 Park Ridge Drive
Kansas City MO 64152


K.C. Envelopes Company, Inc.
8638 N.E. Underground Dr.
Kansas City MO 64161-9721


Kastle Grinding, LLC
1110 S.E. Broadway Dr.
Lees Summit MO 64081


KBB Bindery, LLC
P.O. Box 270616
Kansas City MO 64127


KC Custom Signs
20215 S. State Route Y
Belton MO 64012


KCP&L
P.O. Box 219703
Kansas City MO 64121-9703


Kirkland, Woods & Martinsen, P.C.
132 Westwoods Drive
Liberty MO 64068

Leonard Andrew Stephens
The Meyers Law Firm LC
503 One Main Plaza
4435 Main Street
Kansas City MO 64111


Liechti, Franken & Young, LLC
3801 Beck Road
Saint Joseph MO 64506


Lincoln Book Bindery
1601 N. Coler Avenue
Urbana IL 61801


Magna Plus
2828 S. 44th Street
Kansas City KS 66106


MailersMVP
887 Jonive Rd.
Sebastopol CA 95472


Mark Bric Display Corp.
P.O. Box 791026
Baltimore MD 21279-1026


Marmic Fire & Safety
P.O. Box 1939
Lowell AR 72745


Martin Mark Meyers, Esq.
The Meyers Law Firm, LC
4435 Main Street
Suite 503
Kansas City MO 64111


Matthew Barksdale
822 N Farley Ave
Kansas City MO 64157


McMaster-Carr Supply, Inc.
P.O. Box 7690
Chicago IL 60680-7690

Menards
P.O. Box 60506
City of Industry CA 91716


Mid America Laminating
6636 Cedar Avenue
Kansas City MO 64133-5254


Midwest Alarm
P.O. Box 8067
Saint Joseph MO 64508


Midwest Office Supply
P.O. Box 7287
Saint Joseph MO 64507


Missouri American Water Co.
p.O. Box 790247
Saint Louis MO 63179-0247


Missouri Departent of Public Safety
P.O. Box 1421
Jefferson City MO 65102


Missouri Gas Energy
Drawer 2
Saint Louis MO 63171-0002


Muller Martini
P.O. Box 787196
Philadelphia PA 19178-7196


Navitor
P.O. Box 856740
Minneapolis MN 55485-6740


Nodaway Valley Bank
Attn: David W. Lewis, Jr.
1302 S. Riverside Rd.
Saint Joseph MO 64507


NPG Newspaper, Inc.
P.O. Box 29
Saint Joseph MO 64502

NYLIAC
P.O. Box 742545
Cincinnati OH 45274-2545

OPC Direct
P.O. Box 3499
Omaha NE 68103-0499

Paul Anthony Maddock
100 N. Broadway, 17th Floor
Saint Louis MO 63102

Peter Burri
4006 S 40th Street
Saint Joseph MO 64503

Post Press Specialists
151 W. Geospace Drive
Independence MO 64056

Postmaster
201 S. 8th St.
Saint Joseph MO 64501

Praxair Distribution
Dept. CH 10660
Palatine IL 60055-0660

PressSense
14503 Gougar Road - Unit 1
Lockport IL 60441

Prestige Box Corporation
P.O. Box 428
Great Neck NY 11022-0428

Principal Financial Group
RA CT Corporation System
120 South Central Ave
Saint Louis MO 63105

Printers Service
Iron Bound Station
P.O. Box  5120
Newark NJ 07105-5120

Priority Envelope Company
P.O. Box 860612
Minneapolis MN 55480-0612


ProServe
3920 Pettis Road
Saint Joseph MO 64503


Prudential
P.O. Box 856138
Louisville KY 40285


Reardon Machine
5015 SE Highway 169
Saint Joseph MO 64503


Reliance Paper Company
1404 West 12th Street
Kansas City MO 64101


Relyco Printing
121 Broadway
Dover NH 03820


River City Products Packaging
9900 Pflumm #33
Lenexa KS 66215


Rutherford's Consulting Service, LLC
34 NW 525th
Warrensburg MO 64093


Sam's Club
P.O. Box 530981
Atlanta GA 30353-0098


Same Day Freight
2670 Fairleigh Terrace
Saint Joseph MO 64506


Shane Fairchild
8210 NE 102nd Street
Kansas City MO 64157

Southwest Plastic Binding Company
109 Millwell Drive
P.O. Box 150
Saint Joseph MO 64503


Specialty Industries
P.O. Box 1502
3801 S. Leonard Rd.
Saint Joseph MO 64502


Spire
B97: E97 Drawer 2
Saint Louis MO 63171


St. Joseph Area Chamber of Commerce
3003 Frederick Avenue
Saint Joseph MO 64506-5104


St. Joseph Rec Center
2701 SW Parkway Street
Saint Joseph MO 64503


Steven R. Kursh, LLC
P.O. Box 310748 Brickell Post Office
Miami FL 33231


Stouse, Inc.
300 New Century Pkwy
New Century KS 66031-1128


Suddenlink
P.O. Box 742535
Cincinnati OH 45274-2535


The City of St. Joseph
2701 SW Parkway
Saint Joseph MO 64503


Toobaroo, LLC
RA Breht Burri
5637 Gresham Circle
Kansas City MO 64152

Toobaroo, LLC
14 North Fair Oaks Drive
Pasadena CA 91103


Travelers
P.O. Box 660317
Dallas TX 75266-0317


Turner Systems
8619 NW Brostrom Rd.
Kansas City MO 64152


U.S. Paper Counters
138 Elizabeth Terrace
P.O. Box 837
Cairo NY 12413


Uline
Attn: Accounts Receivable
P.O. Box 88741
Chicago IL 60680-1741


United States Attorney
Room 5510, U.S. Courthouse
400 E. 9th Street
Kansas City MO 64106


UPS-1
Lockbox 577
Carol Stream IL 60132-0577


Veritiv Operating Company - 1
7472 Collection Center Drive 3
Chicago IL 60693


Waste Management
P.O. Box 205216
Dallas TX 75320-5216


Western State Envelope
P.O. Box 205216
Dallas TX 75320-5216

Westlake Hardware
PO Box 219370
Kansas City MO 64121


Xerox Corporation
PO Box 802555
Chicago IL 60680-2555


XMPie, Inc.
767 Third Avenue - 3rd Floor
New York NY 10017

| Fill in this information to identify the case: |
| --- |
| Debtor name    Western Robidoux, Inc. |
| United States Bankruptcy Court for the:    MISSOURI |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AT & T Mobility P.O. Box 6463 Carol Stream, IL 60197-6463 | | | | | | $499.60 |
| Blue Cross Blue Shield P.O. Box 419169 Kansas City, MO 64179 | | | | | | $16,993.24 |
| Boehringer Ingelheim, Inc. P.O. Box 5849 Carol Stream, IL 60197-5849 | | | | | | $644,108.17 |
| Ceva Animal Health, LLC 8735 Rosehill Road - Suite 300 Lenexa, KS 66215 | | | | | | $602,658.56 |
| Engage Mobile Solutions 118 N. Conistor, Ste B 172 Liberty, MO 64068 | | | | | | $38,809.00 |
| Federal Express Freight PO Box 10306 Palatine, IL 60055 | | | | | | $1,520.89 |
| GPA Specialty Substrate Solutions 3906 Solutions Center Chicago, IL 60677-3009 | | | | | | $628.50 |
| Grimco 29538 Network Place Chicago, IL 60673-1295 | | | | | | $1,726.49 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Western Robidoux, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Heidelberg<br>P.O. Box 5160<br>Carol Stream, IL 60197 | | | | | | $574.92 |
| Hewlett Packard Co. (Indigo America)<br>P.O. Box 415573<br>Boston, MA 02241-5573 | | | | | | $1,841.95 |
| KBB Bindery, LLC<br>P.O. Box 270616<br>Kansas City, MO 64127 | | | | | | $921.84 |
| KCP&L<br>P.O. Box 219703<br>Kansas City, MO 64121-9703 | | | | | | $3,746.51 |
| Kirkland, Woods & Martinsen, P.C.<br>132 Westwoods Drive<br>Liberty, MO 64068 | | | | | | $2,968.75 |
| Magna Plus<br>2828 S. 44th Street<br>Kansas City, KS 66106 | | | | | | $949.40 |
| Mark Bric Display Corp.<br>P.O. Box 791026<br>Baltimore, MD 21279-1026 | | | | | | $972.63 |
| Muller Martini<br>P.O. Box 787196<br>Philadelphia, PA 19178-7196 | | | | | | $600.00 |
| Navitor<br>P.O. Box 856740<br>Minneapolis, MN 55485-6740 | | | | | | $495.44 |
| Steven R. Kursh, LLC<br>P.O. Box 310748<br>Brickell Post Office<br>Miami, FL 33231 | | | | | | $28,961.25 |
| Toobaroo, LLC<br>RA Breht Burri<br>5637 Gresham Circle<br>Kansas City, MO 64152 | | | Disputed | | | $1,290,206.00 |
| Veritiv Operating Company - 1<br>7472 Collection Center Drive 3<br>Chicago, IL 60693 | | | | | | $18,373.63 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Missouri

In re   Western Robidoux, Inc.                          Case No.

                                        Debtor(s)       Chapter     11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Western Robidoux, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 18, 2019                            /s/ Victor F Weber
Date                                       Victor F Weber 57361

Signature of Attorney or Litigant
Counsel for   Western Robidoux, Inc.
Merrick, Baker & Strauss, P.C.
1044 Main Street, Suite 500
Kansas City, MO 64105
816/221-8855 Fax:816/221-7886
bruces@merrickbakerstrauss.com