VIA EXHIBIT HAND DELIVERY AND ELECTRONIC MAIL

Connie Burri, President
Brian Burri
Peter Burri
Cindy Burri
Western Robidoux, Inc.
4006 South 40th Street
St. Joseph, MO 64503

Re: Infodeli, et al. v. Western Robidoux, Inc., et al. Western District of Missouri
Infodeli, et al. v. Western Robidoux, Inc., et al. Jackson County Circuit Court
Amended Engagement Agreement

Dear Burri Family:

    This confirms the amendment of our ongoing engagement to represent Western Robidoux, Connie Burri, Brian Burri, Peter Burri, and Cindy Burri in these matters. As before, I will be primarily responsible for work done in this office. We will charge our regular hourly rates as follows: Daniel Blegen--$375 per hour; Associate(s) as needed--$225-$325 per hour; Legal Assistant--$135 per hour. We will provide monthly itemized statements of fees and expenses to Western Robidoux, which are due on receipt.

    We will require you to provide a retainer of $150,000, which will be deposited into our firm's trust account. The retainer will remain in the trust account until the firm's engagement is terminated, except that the firm shall be entitled to draw down on the retainer in the event our invoices are not paid within 30 days. If, at the point of termination, there is a balance of the retainer after fees and expenses have been paid, the balance will be returned to you. If the retainer does not cover all fees and expenses incurred in this case, you will be collectively responsible for paying any unpaid fees and expenses. In the event less than all of you remain clients of German May, your joint and several responsibility for fees and expenses ends with fees and expenses incurred as of the date of your withdrawal as a client of the firm. You further agree that the firm may seek to withdraw from representing you and terminate this engagement in the event the retainer is insufficient to cover one or more outstanding invoices.

    In addition, we remind you that in instances of multiple representations, such as this, you must assume any information received by us from any of you that is material to the common defense will be shared with all the members of the Joint Client Group. Should there come a time when you feel it necessary to keep such material information confidential, it may be necessary that we withdraw from representing you. Similarly, should there arise disputes

Connie Burri
Brian Burri
Peter Burri
Cindy Burri
December 6, 2018
Page 2

between members of the Joint Client Group involving the subject matter of the representation, we will not represent one of you against the other. You agree that if any conflicts arise in the future which make it necessary or advisable for anyone in the Joint Client Group to retain separate counsel, we may continue to represent some, or one, but not all of the remaining members of the Joint Client Group. Your further agree that if you are not one of our ongoing clients you will not argue that our past representation of you presents any legal or ethical reason why we may not continue to represent the others. By signing and returning this letter to us, you consent to the arrangement discussed herein and waive any conflicts regarding this arrangement.

We remind you that all documents in your possession concerning this matter must be preserved, whether in electronic or any other format.

Please sign this letter below to confirm our engagement on the terms set forth here and return the letter to me. We appreciate the opportunity to represent you and look forward to working with you.

Very truly yours,

GERMAN MAY PC

By _____
Daniel E. Blegen

cc: Kris Riddell

APPROVED:

_____
Connie Burri, President
Western Robidoux, Inc.

_____
Brian Burri

_____
Connie Burri

_____
Peter Burri

_____
Cindy Burri